IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GEORGETOWN YACHT BASIN, INC.<br>P.O. Box 8<br>14020 Augustine Herman Hwy.<br>Georgetown, Maryland 21930 | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: L-00-CV-1182 |
| P/V AMORE E VITA (MD 2686 BD)<br>her engine, tackle,<br>equipment, furniture and all<br>other necessaries thereunto<br>appertaining and belonging,<br>in rem | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DEFAULT

It appearing from the records and/or Affidavit of Stephen F. White that the Verified Complaint of Georgetown Yacht Basin, Inc. and Warrant of Arrest for the P/V AMORE E VITA, etc., were properly served upon said vessel and upon the person having custody of the vessel on May 3, 2000; and that Notice of Arrest and Seizure of said vessel was properly published by the plaintiff, Georgetown Yacht Basin, Inc. on May 18, 2000; and that copies of the Warrant of Arrest and Verified Complaint were properly sent by certified mail, return receipt requested to the last known owner and lienholder/mortgagee of the P/V AMORE E VITA, etc., on May 5, 2000; and it appearing that the time for any Claimant or person having an interest in said vessel to file a Claim thereto or file an Answer to the Verified Complaint as directed in said Warrant of Arrest and as provided by the Federal Rules of Civil Procedure has expired,

90843 v. (04856.00050)

THEREFORE, upon the request of the plaintiff, Georgetown Yacht Basin, Inc. and pursuant to Rule 55 and Supplemental Rule C of the Federal Rules of Civil Procedure and Local Admiralty Rules (C)(3) and (C)(4), it is Ordered that the default for want of any Claim or Answer or other defense by any claimant to the P/V AMORE E VITA (MD 2686 BD), her engines, tackle, equipment, furniture and all other necessaries thereunto appertaining and belonging, is hereby entered this 15TH day of July, 2000.

~~FELICIA C. CANNON, Clerk~~

By: Benson E. Legg

~~Deputy Clerk~~

USDJ

85434 v 1.0 (04856.00049) 6048