IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 AUG 28 P 3: 23
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | |
|---|---|
| GEORGETOWN YACHT BASIN, INC.<br>P.O. Box 8<br>14020 Augustine Herman Hwy.<br>Georgetown, Maryland 21930<br><br>Plaintiff<br><br>v.<br><br>P/V AMORE E VITA (MD 2686 BD)<br>her engine, tackle,<br>equipment, furniture and all<br>other necessaries thereunto<br>appertaining and belonging,<br>in rem<br><br>Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*  Civil Action No.: L-00-CV-1182<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER CONFIRMING SALE OF P/V AMORE E VITA, ETC.

WHEREAS, by its Order for Interlocutory Sale of the P/V AMORE E VITA (MD 2686 BD), etc., dated July 15, 2000, this Court directed the United States Marshal for the District of Maryland to cause the above vessel to be sold at public auction in accordance with the terms and conditions of the Order for Interlocutory Sale; and

WHEREAS, the United States Marshal set the date for the public auction sale of the vessel for August 10, 2000 at 11:00 a.m.; and

WHEREAS, on August 10, 2000 at 11:00 a.m., the United States Marshal for the District of Maryland conducted the public auction sale of the vessel as directed, and in accordance with this Court's Order for Interlocutory Sale dated July 15, 2000; and

WHEREAS, the highest bid received for the P/V AMORE E VITA (MD 2686 BD), etc., at the public auction sale was Ten Thousand Five Hundred Dollars ($10,500.00), which bid was offered by John Schneider of Northeast, Maryland; and

8

WHEREAS, the price bid for the P/V AMORE E VITA (MD 2686 BD), etc., which has been paid to the United States Marshal by the winning bidder in full, was a fair, adequate and reasonable bid price for said vessel, no higher bids have been received or filed, no objections to the auction have been filed, and there can be no certainty that any higher bid or price could be obtained in any later sale of the vessel and its appurtenances;

NOW, THEREFORE, it is, this 27th day of August, 2000, by the United States District Court for the District of Maryland, ORDERED:

1. That the United States Marshal's public auction sale of the P/V AMORE E VITA (MD 2686 BD), her engine, tackle, equipment, furniture and all other necessaries thereunto appertaining and belonging, on August 10, 2000, for Ten Thousand Five Hundred Dollars ($10,500.00) to John Schneider of Northeast, Maryland, be, and the same hereby is, ratified and confirmed.

2. That the United States Marshal shall deliver possession of the P/V AMORE E VITA (MD 2686 BD), etc., to John Schneider, and shall promptly execute and deliver to John Schneider a Bill of Sale for the vessel, free and clear of all liens or encumbrances whatsoever.

3. That the plaintiff, Georgetown Yacht Basin, Inc. shall make prompt payment to the United States Marshal for the District of Maryland of all unpaid costs and expenses, if any, due and payable to the United States Marshal in this matter, regarding the P/V AMORE E VITA (MD 2686 BD), etc.

4. Any and all claims against the proceeds of sale of the P/V AMORE E VITA (MD 2686 BD), etc., if any, must be presented in the form of an Intervening Complaint filed herein, within thirty (30) days of this Order or be deemed in default and forever barred.

_____
United States District Judge

94061 v. (04856.00050)