IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GEORGETOWN YACHT BASIN, INC.<br>P.O. Box 8<br>14020 Augustine Herman Hwy.<br>Georgetown, Maryland 21930<br><br>        Plaintiff<br><br>v.<br><br>P/V AMORE E VITA (MD 2686 BD), etc.<br>in rem<br><br>        Defendant | Civil Action No.: L-00-CV-1182 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**SUPPLEMENTAL ORDER FOR DISTRIBUTION OF AUCTION PROCEEDS**

This Court, on October 7, 2000, having issued an Order for Distribution of the Proceeds from the Auction sale of the P/V AMORE E VITA (MD 2686 BD), etc., and said Order not having addressed the disposition of the interest which has accrued upon the proceeds of sale while held in the registry of the Court, and said interest being a nominal sum, it is, this 20th day of December, 2000, by the District Court for the District of Maryland, ORDERED,

That the interest which has accrued on the proceeds of sale of the P/V AMORE E VITA (MD 2686 BD), etc., while held in the registry of this Court, from the date of deposit, until the date of distribution, shall be added by the Clerk to the sum distributed to Georgetown Yacht Basin, Inc. in accordance with subparagraph g.3. of this Court's Order of October 7, 2000.

_____
Benson Everett Legg
United States District Judge

90396 v. (04856.00050)



Wright, Constable & Skeen, L.L.P. | Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

December 15, 2000

John Brentnall Powell, Jr.
Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
  Henry B. Russell
  Paul Anthony O'Meehan
  Michael A. Stanley
  Howard S. Stevens*
  Joy K. Sakellaris

Of Counsel
  Francis N. Iglehart
  P. McEvoy Cromwell

  Wm. P. Constable (1882-1976)
  John D. Wright (1903-1976)

Towson Office
  307 West Allegheny Avenue
  Towson, Maryland 21204-4258
  Phone 410-825-0750
  Fax    410-825-0715

www.wcsllp.com

Writer's Direct Dial:
(410) 659-1304

The Honorable Benson E. Legg
United States District Judge
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

  RE:  **Georgetown Yacht Basin, Inc. v. P/V AMORE e VITA**
       **Civil Action No. L-00-CV-1182**
       **Our File: 4856-50**

Dear Judge Legg:

  As you may recall, you signed an Order for the Distribution of the Auction Proceeds of the above vessel on October 7, 2000. After deduction of Marshal's fees, the sum of $9,737.57 was deposited into the registry of the Court. A copy of the Order is enclosed for your quick reference.

  I have been advised by the Clerk (Darla Twoey) who administers the Registry of the Court, that distribution has not yet occurred because the final Order did not address the manner in which the interest is to be distributed. Ms. Twoey has advised me that the interest amounts to approximately $20.00. Ms. Twoey has also advised me that federal regulations require her to report the distribution of this interest, including the employer I.D. number or social security number of the person who receives the interest.

  Since this is a very nominal sum; since it would be very difficult for us to obtain the social security number of the former vessel owner, Gregory Francisco, who has never filed a Claim or exhibited any interest in these proceedings; and since Georgetown Yacht Basin, Inc. has indeed lost additional interest while the proceeds have been in the registry of the Court, it is respectfully requested that you enter the enclosed Order, which would direct the Clerk to add the interest to the sum paid to Georgetown Yacht Basin, Inc. under your Order of October 7, 2000.

  Once this Order is signed and the fund is distributed, I will file a Motion for an Order of Closure, which would finally conclude and close this case.

*Admitted in the District of Columbia and Maryland
**Admitted in the District of Columbia, Maryland and Virginia

Hon. Benson E. Legg
December 15, 2000
Page 2


      If you require a more formal Motion or have any questions concerning this matter, please let me know. Your attention to this matter is greatly appreciated.


      Very truly yours,

      *Stephen F. White*

      Stephen F. White


cc:    Ms. Darla Twoey
       (410) 962-2629 Fax


86263 v. (04856.00050)