IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GEORGETOWN YACHT BASIN, INC.    *

                                *

       Plaintiff

                                *

v.                                   Civil Action No.: L-00-CV-1182

                                *

P/V AMORE E VITA (MD 2686 BD), etc.
in rem                          *

       Defendant            *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER OF CLOSURE

Having read and considered the Motion for Order of Closure filed herein by the plaintiff,

Georgetown Yacht Basin, Inc., and good cause having been shown thereby, it is, this *11th* day of

*January*, 2001, by the United States District Court for the District of Maryland,

ORDERED, that the above-captioned case be and is hereby finally closed, with any open

costs to be paid by the plaintiff.

_____
United States District Judge

